Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 3673 | **DATE** | 5/18/2007 |
| **CASE TITLE** | In Re: Ocwen Federal Bank | | |

**DOCKET ENTRY TEXT**

For case control purposes, Motion for Leave to File [15] is denied as moot.

*/s/ Charles Norgle*

Courtroom Deputy Initials: